UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EARL CHILDS,

    Plaintiff - Appellant,

v.

H. GASCA; et al.,

    Defendants - Appellees.

No. 24-5769

D.C. No. 4:21-cv-09466-JSW
Northern District of California, Oakland

ORDER

    The district court docket reflects that the fees for this appeal were paid in full on November 13, 2024. The September 25, 2024 and October 28, 2024 orders directing appellant to return a prisoner authorization form are therefore discharged, and the court will not direct the collection of partial payments for this appeal No. 24-5769.

    In a counseled case, appellant may only communicate to the court through counsel. Therefore, the court will not take any action on appellant's pro se letter received on November 26, 2024.

    The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT